■ THOMAS P. REILLY, Respondent, v INCO UNITED STATES, INC., et al., Appellants.—Order, Supreme Court, New York County (Leland DeGrasse, J.), entered on April 24, 1989,

unanimously affirmed for the reasons stated by Leland De-Grasse, J. Respondent shall recover of appellants $250 costs and disbursements of the appeal. Concur—Kupferman, J. P., Ross, Rosenberger and Wallach, JJ.